IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROGER P. JACKSON, M.D., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 20-1784-RGA |
| | : | |
| SEASPINE HOLDINGS CORPORATION, | : | |
| | : | |
| Defendant. | : | |

### ORDER

This 31st day of August 2023, upon consideration of the Magistrate Judge's Report and Recommendation dated August 11, 2023 (D.I. 128), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 128) is **ADOPTED**.

2. Plaintiff's motion to dismiss (D.I. 90) is **GRANTED-IN-PART** and **DENIED-IN-PART** as set forth in the Report and Recommendation.

3. Plaintiff is further directed to file an amended pleading correcting typographical errors no later than **September 6, 2023.**

United States District Judge